IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

USP MARYLAND
(Plaintiff)

v

THOMAS RALEY
(Defendant)

23-926

CASE NO: N32C-07-132 EMD

FILED
AUG 2 3 2023
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF REMOVAL

COMES NOW THOMAS RALEY PRO SE, who hereby removes Case No. from the Superior Court of the State of Delaware to the United States District Court for the District of Delaware pursuant to 28 U.S.C. 1332, 1441 and 1446 and as grounds for the removal states the following reasons:

## STATEMENT OF THE CASE

1. On July 18, 2023 Plaintiff filed the instant action in the Superior Court for the State of Delaware ("the State Court Action") and is attached as an Exhibit hereto.

2. This identical complaint had previously been filed in the Circuit Court of Baltimore City as admitted by the Plaintiff in Para #2 of his Complaint as the Plaintiff failed to read and comply with the very document under which he purports to sue Dr. Raley for the breach thereof.

3. Para #3 of Plaintiff's Complaint quotes at length Section 9.14 of the Membership Purchase Agreement (MIPA) dated December 29, 2021 that specifically provides that venue for any legal action arising out of or relating to this Agreement etc "shall be instituted in state or Federal courts located within the State of Delaware".

4. Although the MIPA specifically identifies the State of Delaware for the location of the forum for any legal action arising out of the Agreement etc it offers no guidance as to a preference for the State courts in Delaware or for the federal court.

5. As such, the MIPA clearly leaves it to the parties to the action to determine the proper forum as long as the forum is located within the State of Delaware.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. 1332 (a)

6. This Court has jurisdiction over this matter under 28 U.S.C. 1332 (a) because there is complete diversity of citizenship between Plaintiff and Dr. Raley and more than $75,000 exclusive of interest and costs is at stake.

7. Dr. Raley is a resident of the State of Maryland.

8. Plaintiff allege under Para #1 of it's Complaint that they are a corporation of the State of Maryland with its principal place of business located at Owings Mill, Maryland.

9. Yet the real party in interest in this litigation as admitted by the Plaintiff is United Surgical Partners (USP) which is a Texas Corporation and the Plaintiff is a wholly owned subsidiary of USP.

10. In either case there is a complete diversity of citizenship in this action between Dr. Raley and the Plaintiff.

11. The Plaintiff in this action request a judgment in excess of $1,000,000 plus pre-judgment interest, attorneys fees and costs.

12, Thus, well over $75,000 is in controversy and the jurisdictional threshold under 28 U.S.C. 1332 (a) is satisfied.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

13. This Notice of Removal has been filed within 30 days of the date that Dr. Raley was served with the instant Complaint.

14. Removal is therefore timely in accordance with 28 U.S.C. 1446 (b).

15. Venue is proper in this Court pursuant to 28 U.S.C. 1441 (a) because the U.S. District Court for the District of Delaware is the federal judicial district embracing the City of Wilmington where the State court action was originally filed.

## CONCLUSION

By this Notice of Removal, Dr. Raley does not waive any objection it may have as to service, jurisdiction or venue or any other defense or objections he may have to this action. Dr. Raley intends no admission of fact, law or liability by this Notice, and expressly reserves all defenses, motions and/or pleas.

Respectfully Submitted

Dr. Thomas Raley
75294509
FPC Cumberland
PO BOx 1000
Cumberland, Md. 21501

I certify that on 16 August 2023 I sent a copy of this document by first class mail postage prepaid to Plaintiff's attorney of record.

Dr. Thomas Raley